UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARRY EDMOND REAVES,

    Plaintiff,

v.                                   Case No: 2:18-cv-22-FtM-29CM

FLORIDA DEPARTMENT OF
HEALTH, LEE MEMORIAL
HOSPITAL, MCGREGOR CLINIC,
INC., DERECK DEWITT,
JENNIFER LNU, CITY OF FORT
MYERS POLICE DEPARTMENT,
FORT MYERS RESCUE MISSION,
BOB LNU, REV. WOOTEN and
SALUS CARE, INC. OF FORT
MYERS, FL,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Request for Extension of Time (Doc. 7) filed on February 13, 2018. On January 12, 2018, Plaintiff filed a Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs. Docs. 1, 2. Plaintiff asks the Court's permission to file out of time because he has difficulty checking his mail and financial problems. Doc. 7. The Court will deny without prejudice this motion because there is no pending deadline to be extended. Upon receipt of Plaintiff's future filings, the Court will take Plaintiff's circumstances into consideration. Nonetheless, the Court notes that although Plaintiff is proceeding *pro se* and may experience difficulty filing on time, he "must follow the rules of procedure," and "the district court has no duty to

act as his lawyer." *United States v. Hung Thien Ly*, 646 F.3d 1307, 1315 (11th Cir. 2011) (citations omitted). Accordingly, Plaintiff must attempt to make filings in a timely manner or seek the Court's extension of time, if he is unable to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Request for Extension of Time (Doc. 7) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of February, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Unrepresented parties